DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>THE WILLOWS HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; PATTY HART, an individual; JOHN HART, an individual; and NEVA MUNN, an individual,<br><br>Counter-Defendant/Cross-Defendants. | Case No. 2:16-cv-00678-APG-CWH<br><br>**STIPULATION AND ORDER DISMISSING PATTY HART AND JOHN HART WITH PREJUDICE** |

Cross-Defendants Patty Hart and John Hart ("the Harts") stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as

- 1 -

1038 Valley Light Avenue, Henderson, NV 89011; Parcel No. 178-03-512-025 ("Property"). The Harts have been informed that the Property was sold on January 15, 2013 by the foreclosure sale conducted by Absolute Collection Services, LLC ("Absolute"), agent for the Willows Homeowners' Association. The Harts further stipulate and agree that they will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201301170001753, or SFR Investments Pool 1, LLC's ownership interest in the Property based on the foreclosure deed.

Based on these representations, SFR Investments Pool 1, LLC and the Harts stipulate and agree that the Harts shall be dismissed from this action with prejudice, each party to bear its own fees and costs.

Dated this ___ day of July, 2016.

**KIM GILBERT EBRON**

DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this ___ day of July, 2016.

**PATTY HART**

Patty Hart
4726 E. Baltimore Avenue
Las Vegas, NV 89104
*Cross-Defendant*

**JOHN HART**

John Hart
4726 E. Baltimore Avenue
Las Vegas, NV 89104
*Cross-Defendant*

///
///
///
///
///
///

# ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendants Patty Hart and John Hart shall be dismissed from this action with prejudice, each party to bear its own fees and costs.

Dated: August 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -