**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00678-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DENYING DEMAND FOR SECURITY COSTS AND GRANTING MOTION TO STRIKE** |
| WILLOWS HOMEOWNERS ASSOCIATION, *et al.*, | (ECF Nos. 30, 32) |
| Defendants. | |

Plaintiff/counterdefendant Bank of America, N.A. requests the court require defendant/counterclaimant SFR Investments Pool 1, LLC to post a cost bond pursuant to Nevada Revised Statutes § 18.130(1). SFR moves to strike this request, arguing that § 18.130(1) does not apply because SFR is not a plaintiff and SFR is a Nevada limited liability company that resides in Nevada.

Under § 18.130(1), "[w]hen a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant, by the filing and service on plaintiff of a written demand therefor within the time limited for answering the complaint." The statute thus applies to out-of-state plaintiffs, of which SFR is neither. SFR is a defendant in this case. And, SFR is a Nevada limited liability company that resides in Nevada. *See* ECF Nos. 1 at 2 and 27 at 2 (alleging and admitting that SFR is a Nevada limited liability company); 49-1 (deposition testimony that SFR operates only in Nevada).[1] The fact that SFR's members may be citizens of other states for purposes of determining diversity jurisdiction under federal law does not change SFR's residency or status as a Nevada limited liability company for purposes of the Nevada statute.

---

[1] *See also* the Nevada Secretary of State website identifying SFR as a Nevada limited liability company with registered agent and officer addresses in Nevada. https://nvsos.gov/SOSEntitySearch/CorpDetails.aspx?lx8nvq=enkrPI2ZQlSNORkAAyF%252fAw%253d%253d&nt7=0 (last accessed on August 3, 2016).

1 IT IS THEREFORE ORDERED that Plaintiff/counterdefendant Bank of America, N.A.'s demand for security costs **(ECF No. 30) is DENIED**.

IT IS FURTHER ORDERED that defendant/counterclaimant SFR Investments Pool 1, LLC's motion to strike **(ECF No. 32) is GRANTED**.

DATED this 3rd day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE