MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH BODOFF, ESQ.
Nevada Bar No. 12703
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  rebekkah.bodoff@akerman.com
Email:  william.habdas@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A. successor by merger to BAC Home Loan Servicing LP FKA Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>THE WILLOWS HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00678-APG-CWH<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; PATTY HART, an individual; JOHN HART, an individual; and NEVA MUNN, an individual,<br><br>Counter/Cross Defendants. | |

{40287626;1}              1

Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loan Servicing, LP (**BANA)** hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests MELANIE MORGAN, ESQ. , REBEKKAH BODOFF, ESQ., and WILLIAM S. HABDAS, ESQ. receive all future notices.

Respectfully submitted, this 21st day of December, 2016.

**AKERMAN LLP**

/s/ *Melanie Morgan, Esq.*
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 12-22-16

_____
UNITED STATES MAGISTRATE JUDGE

{40287626;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the this 21st day of December, 2016, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Michael Hannon*
An employee of AKERMAN LLP

{40287626;1}                                             3