# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff<br><br>v.<br><br>WILLOWS HOMEOWNERS' ASSOCIATION, et al.,<br><br>Defendants | Case No.: 2:16-cv-00678-APG-DJA<br><br>**Order Dismissing Case** |

On March 31, 2020, I granted a stipulation to stay this case because the parties had reached a settlement. ECF No. 82. I directed the parties to file either a stipulation to dismiss or a status report by June 15, 2020. *Id.* I advised the parties that failure to comply with my order "may result in dismissal of this lawsuit without further notice." *Id.* The parties did not file a stipulation of dismissal or a status report as directed. Consequently, I dismiss this case.

I THEREFORE ORDER that this all claims in this case are dismissed and the clerk of court is instructed to close this case.

DATED this 22nd day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE