MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs @akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> THE WILLOWS HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00678-APG-DJA <br><br> **JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS BETWEEN BANK OF AMERICA, N.A. AND SFR INVESTMENTS POOL 1, LLC** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; PATTY HART, an individual; JOHN HART, an individual; and NEVA MUNN, an individual, <br><br> Counter/Cross Defendants. | |

Plaintiff Bank of America, N.A., and defendants SFR Investments Pool 1, LLC file this joint status report and stipulation to stay proceedings for an additional 90 days pursuant to the court's August 5, 2020 order, ECF No. 85. In support of this stipulation, the parties state as follows:

54406213;1

This property that is the subject of this matter is part of a more global settlement between BANA and SFR, involving scores of properties pending in this court as well as other courts in Nevada and the Ninth Circuit.

On March 2, 2020, the parties filed a joint motion to extend the dispositive motion deadline, representing that a settlement agreement had been reached and executed between BANA and SFR, while noting that an extension was needed to allow performance of a condition precedent to the settlement. ECF No. 78. The court granted the order, extending the dispositive motion deadline to June 1, 2020. ECF No. 80.

On March 31, 2020, the parties stipulated to stay litigation for 90 days to allow the condition precedent to be performed and the settlement finalized. ECF No. 81. The court granted the motion, and requested the parties file a status report or stipulation by June 15, 2020. ECF No. 82.

Due to an oversight on counsel's part for Bank of America, the parties failed to file their status report by June 15, 2020, and the court dismissed the litigation. ECF No. 83. Counsel for BANA filed a motion to set aside the dismissal, which the court granted. ECF No. 84, 85. In the court's order granting the motion to set aside the dismissal, it ordered the parties to file a stipulation or status report by August 28, 2020. ECF No. 85.

BANA subsequently stipulated to dismiss the HOA pursuant to a separate settlement agreement ECF No. 86, 87.

BANA and SFR expected the condition precedent to the settlement to be performed within 90 days of when this matter was originally stayed. Unfortunately, due to the ongoing COVID-19 pandemic, completion of the condition precedent has been delayed, and additional time is needed for the condition precedent to the parties' settlement agreement to be met.

The parties therefore stipulate and request this matter be stayed for approximately 90 days, until November 30, 2020[1].

. . .

. . .

. . .

---

[1] 90 days lands on Thursday, November 26, 2020, which is Thanksgiving.

2

54406213;1

BANA separately intends to file a motion requesting Absolute Collection Service's Answer be stricken due to its failure to obtain new counsel, as required by this court's December 19, 2019 order, ECF No. 76, so that BANA may pursue default against it.

DATED: August 28, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jamie K. Combs, Esq.* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for plaintiff Bank of America, N.A.* | */s/ Diana S. Ebron, Esq.* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED** that litigation is stayed until November 30, 2020. The parties shall file a stipulation or status report on or before November 30, 2020.

DATE: August 28, 2020

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00678-APG-DJA

3

54406213;1