MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs @akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>THE WILLOWS HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00678-APG-DJA<br><br>**STATUS REPORT AND REQUEST TO CONTINUE STAY OF PROCEEDINGS DUE TO SETTLEMENT** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; PATTY HART, an individual; JOHN HART, an individual; and NEVA MUNN, an individual,<br><br>Counter/Cross Defendants. | |

Plaintiff Bank of America, N.A. files this status report and request to continue the stay proceedings for an additional 90 days pursuant to the court's August 28, 2020 order, ECF No. 90. In support of this request, BANA states as follows:

55534286;1

This property that is the subject of this matter is part of a more global settlement between BANA and SFR, involving scores of properties pending in this court as well as other courts in Nevada and the Ninth Circuit.

On March 2, 2020, the parties filed a joint motion to extend the dispositive motion deadline, representing that a settlement agreement had been reached and executed between BANA and SFR, while noting that an extension was needed to allow performance of a condition precedent to the settlement. ECF No. 78. The court granted the order, extending the dispositive motion deadline to June 1, 2020. ECF No. 80.

On March 31, 2020, the parties stipulated to stay litigation for 90 days to allow the condition precedent to be performed and the settlement finalized. ECF No. 81. The court granted the motion, and requested the parties file a status report or stipulation by June 15, 2020. ECF No. 82.

Due to an oversight on counsel's part for Bank of America, the parties failed to file their status report by June 15, 2020, and the court dismissed the litigation. ECF No. 83. Counsel for BANA filed a motion to set aside the dismissal, which the court granted. ECF No. 84, 85. In the court's order granting the motion to set aside the dismissal, it ordered the parties to file a stipulation or status report by August 28, 2020. ECF No. 85.

BANA subsequently stipulated to dismiss the HOA pursuant to a separate settlement agreement ECF No. 86, 87.

BANA and SFR filed a status report on August 28, 2020 and asked that the court stay the litigation for 90 days, through November 30, 2020, to allow them additional time to complete their settlement agreement. ECF No. 89. The court granted the stipulation the same day. ECF NO. 90.

While the parties continue to make progress under the settlement agreement, unfortunately, due to the ongoing COVID-19 pandemic, additional time is needed for a condition precedent to be completed under the settlement agreement as it relates to the property that is the subject of this lawsuit.

BANA therefore requests the court continue to stay this matter for another 90 days, until March 1, 2021.[1]

---

[1] 90 days lands on Sunday, February 28, 2021.

2

55534286;1

DATED:  November 30, 2020.

**AKERMAN LLP**

*/s/ Jamie K. Combs, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

**IT IS SO ORDERED** that litigation will remain stayed until March 1, 2021.  The parties shall file a stipulation or status report on or before March 1, 2021.

DATE:  December 1, 2020

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00678-APG-DJA

3

55534286;1