ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>THE WILLOWS HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No.: 2:16-cv-00678-APG-DJA<br><br>**ORDER TO RELEASE BOND** |

Presently before the court is the matter of *Bank of America, N.A. v. The Willows Homeowners Association, et al.*, case number 2:16-cv-00678-APG-DJA.

On April 22, 2016, the court ordered Plaintiff to post a security bond for $500.00 [ECF No. 12]. On May 9, 2016, Akerman LLP posted a security bond on behalf of plaintiff Bank of America, N.A., receipt number NVLAS042219 for $500.00 [ECF No. 20].

///

1

57651409;1

On January 28, 2021, the court granted the parties' stipulation for dismissal, closing the case [ECF No. 95]. As this matter is now concluded, the court will refund to Akerman LLP on behalf of Plaintiff the $500.00 security bonds, plus interest.

**IT IS SO ORDERED**.

Dated this <u>12th</u> day of <u>  April        </u>, 2021.

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00678-APG-DJA